J. W. TAYLOR v. ORLANDO D. SHIELDS *et al.*

No. 13,161.    (72 Pac. 1102.)

Error from Shawnee district court; Z. T. HAZEN, judge. Opinion filed June 6, 1903. Affirmed.

*Jetmore & Jetmore*, for plaintiff in error.

*Welch & Welch*, and *Jefferson McAnelly*, for defendants in error.

*Per Curiam:* We have examined the various questions raised by plaintiff in error on the errors assigned, and think

that the judgment below was sustained by the law and the evidence.

The contract between the parties, appearing from their letters, satisfied the statute of frauds, especially when the technical terms of the nursery business were explained by witnesses familiar with the expressions used.

The judgment of the court below will be affirmed.